

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE BILLBOARDS OF AMERICA, INC., INTERNATIONAL PAYPHONE COMPANY, RESERVE GUARANTY TRUST, MICHAEL A. LOMAS and MICHAEL L. YOUNG,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:04-CV-2763-WBH<br><br>U. S. DISTRICT COURT - DE<br>MISC. CASE # 05-128 |

**CONSENT ORDER**
**ADDING RECEIVERSHIP DEFENDANTS**
**AND AMENDING ORIGINAL RECEIVERSHIP ORDER**

This civil action was filed by the United States Securities and Exchange Commission on September 21, 2004. On the same day, this Court entered an Order Granting Permanent Injunctions, Freezing Assets, Appointing a Receiver and Ordering Other Ancillary Relief as to Defendants Mobile Billboards of America, Inc., International Payphone Company and Reserve Guaranty Trust and appointed S. Gregory Hays as the Receiver ("the Receivership Orders"). On October 18, 2004, this Court entered an order adding Tiger Media, Inc. as a defendant and placing it in the receivership, subject to the Receivership Order.

The Receiver has now filed a Motion to Add Receivership Defendants seeking to have California Mobile Billboards, Inc. and Western Reserve Guaranty Trust added as defendants and included in the Receiver Estate subject to the Receivership Order.

Having read and considered the Receiver's Motion and the parties having consented to the entry of this order, the motion is GRANTED. Accordingly,

IT IS HEREBY ORDERED that California Mobile Billboards, Inc. and Western Reserve Guaranty Trust be added as defendants in this action.

IT IS FURTHER ORDERED that S. Gregory Hays be and hereby is appointed as Receiver, without bond, for the estates of California Mobile Billboards, Inc. and Western Reserve Guaranty Trust and that the Receivership Order is hereby amended to include California Mobile Billboards, Inc. and Western Reserve Guaranty Trust in the Receiver Estate as defined in Section VI of that order. The Receiver shall have and possess all powers and rights to efficiently administer and manage California Mobile Billboards, Inc. and Western Reserve Guaranty Trust as set forth in the Receivership Order.

SO ORDERED, this __7__ day of __February__, 2005.

_____
Willis B. Hunt, Jr., Judge
United States District Court for the
Northern District of Georgia
Atlanta Division

CONSENTED AND AGREED TO BY:

**s/ J. David Dantzler, Jr., Esq.**
Georgia Bar No. 205125
Attorney for S. Gregory Hays, Receiver
for Defendants Mobile Billboards of
America, Inc., International Payphone
Company, and Reserve Guaranty Trust
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4660
Email: ddantzler@mckennalong.com

**s/ Alex Rue, Esq.**
Senior Trial Counsel
Georgia Bar No. 618950
Attorney for Plaintiff
Securities and Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232
Telephone: (404) 842-7616
Email: Ruea@sec.gov

**s/ Nina Marino, Esq.**
Attorney for Defendant Michael A.
Lomas
Kaplan Marino, Attorneys
at Law
A Professional Corporation
9454 Wilshire Boulevard,
Suite 500
Beverly Hills, California
90212

**s/ Julie M. O'Daniel, Esq.**
Attorney for Defendant Michael L.
Young
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Email:

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Northern District of Georgia
Notice of Electronic Filing

The following transaction was received from jgs entered on 2/7/2005 at 2:27 PM EST and filed on 2/7/2005
Case Name:   Securities and Exchange Commission v. Mobile Billboards of America, Inc. et al
Case Number: 1:04-cv-2763
Filer:
Document Number:   53

Docket Text:
ORDER granting [50] Motion to Add Party. California Moble Billboards, Inc. rep by James David Dantzler, Jr, and Western Reserve Guaranty Trust added to case . Signed by Judge Willis B. Hunt Jr. on 2/7/05. (jgs)

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=2/7/2005] [FileNumber=525879-0]
[01e841b686086562bae4aea1062bb3d79699c9fa0421f7e388c9298b1a005ff9cd5b2
79ccb510f87b516b40ff835bbb626f09b785d210524da99ab8795bf7bbf]]

1:04-cv-2763 Notice will be electronically mailed to:

James David Dantzler , Jr    david.dantzler@troutmansanders.com, ganell.hume@troutmansanders.com

William P. Hicks    Hicksw@SEC.Gov

James Alexander Rue    ruea@sec.gov, kuceram@sec.gov;dewittj@sec.gov

1:04-cv-2763 Notice will be delivered by other means to:

Malhar S. Pagay
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard
11th Floor

Los Angeles, CA 90067