# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E. - SUITE 5200
ATLANTA, GEORGIA 30308-2216
www.troutmansanders.com
TELEPHONE: 404-885-3000
FACSIMILE: 404-885-3900

Matthew R. Clark
Matthew.clark@troutmansanders.com

Direct Dial: 404-885-3162
Direct Fax: 404-962-6598

June 20, 2005

Clerk, U.S. District Court, Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

05mc128

Re: *SEC v. Mobile Billboards of America, Inc., et al.*
U.S. District Court, Northern District of Georgia; Case No. 1:04-CV-2763

Dear Sir/Madam:

This firm represents S. Gregory Hays, the court-appointed Receiver in the above-referenced action. Pursuant to 28 U.S.C. § 754, enclosed please find for filing three copies of the following pleadings filed in the U.S. District Court for the Northern District of Georgia:

1. Complaint for Injunctive and Other Relief;

2. Order Granting Permanent Injunctions, Freezing Assets, Appointing a Receiver and Ordering Other Ancillary Relief as to Defendants Mobile Billboards of America, Inc., International Payphone Company and Reserve Guaranty Trust; and

3. Consent Order Adding Receivership Defendants and Amending Original Receivership Order.

Please file these documents in your office as a miscellaneous filing, and return a filed-stamped copy to my attention in the self addressed, stamped envelope provided. Our firm's check in the amount of $39.00 is enclosed for the filing fee.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Matthew R. Clark

MRC/hp

ATLANTA • HONG KONG • LONDON • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.